# Court of Appeals
# of the State of Georgia

ATLANTA, <u>September 05, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A13A2461. WILLIAM ALLEN CUNNINGHAM v. THE STATE.**

William Allen Cunningham was convicted of cruelty to children and aggravated assault. We affirmed his convictions in an unpublished opinion. See *Cunningham v. State*, Case No. A12A1133, decided November 8, 2012. Cunningham then filed a motion to vacate and set aside his convictions, arguing that there were irregularities in the grand jury proceedings, that his arrest warrants and indictment were void, and that the court lacked personal and subject matter jurisdiction, and that venue was improper. The trial court denied the motion, and Cunningham appeals. We, however, lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Cunningham is not authorized to collaterally attack his convictions in this manner, this appeal is subject to dismissal. See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, Cunningham's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, __09/05/2013__
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, Clerk.